UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL NO. 4:24-CR-149-SS2 |
| ISAI SALINAS-JIMENEZ, | § | |
| AKA: MARTIN SALGADO, | § | |
| Defendant. | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

**(Possession with Intent to Distribute Controlled Substance)**

On or about August 21, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**ISAI SALINAS-JIMENEZ AKA: MARTIN SALGADO**

aided and abetted by others, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Jennifer B. Lowery*
Jennifer B. Lowery
Assistant United States Attorney